IN THE UNITED STATES DISTRICT COURT
FOR THE NORTHERN DISTRICT OF TEXAS
DALLAS DIVISION

GASHU GETAHUN,

    Plaintiff,

v.                                 C.A. No.:      3:20-cv-664 -D

KOHLI ENTERPRISES, LLC,
KOHLI VENTURES, LLC,
RITU KOHLI, and ASEEM KOHLI,

    Defendants.
_____/

## NOTICE OF SETTLEMENT

Plaintiff hereby gives notice of the settlement of the above-captioned matter.

Dated: May 29, 2020.

                                      */s/ Charles L. Scalise*
                                      **CHARLES L. SCALISE**
                                      Texas Bar No. 24064621
                                      **ROSS • SCALISE LAW GROUP**
                                      Texas Bar No. 00789810
                                      1104 San Antonio St.
                                      Austin, Texas 78701
                                      Ph:    800-634-8042
                                      Ph:    512-474-7677
                                      Fax:   512-474-5306
                                      charles@rosslawgroup.com

                                      **ATTORNEYS FOR PLAINTIFFS**

## CERTIFICATE OF SERVICE

      I HEREBY CERTIFY that on May 29, 2020, true and correct copy of the foregoing was served via electronic the Court's CM/ECF Electronic Filing System, which will send an electronic copy to all counsel of record; and, mail a copy via U.S. Mail, First Class to:

KOHLI ENTERPRISES, LLC
c/o RITU KOHLI, Registered Agent
142 W BREAWOOD DR.
COPPELL, TX 75019

KOHLI VENTURES, LLC
c/o ASEEM KOHLI, Registered Agent
142 W BREAWOOD DR.
COPPELL, TX 75019

RITU KOHLI
142 W BREAWOOD DR.
COPPELL, TX 75019

ASEEM KOHLI
142 W BREAWOOD DR.
COPPELL, TX 75019

                                    */s/ Charles L. Scalise*
                                    **CHARLES L. SCALISE**